**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 317 MAL 2014
:
               Respondent      :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.                :
:
:
:
MARCELO RIVERA,          :
:
               Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.